AO 83 (Rev. 08/11) Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

RECEIVED
JUL 13 2016

| | |
|---|---|
| United States of America<br>v.<br><br>ALISON MOORE<br>*Defendant* | Case No. 6:16-537 |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

- [x] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice
- [ ] Order of Court

| | |
|---|---|
| Place: Clement F. Haynsworth Federal Building<br>300 East Washington Street<br>Greenville, SC 29601 | Courtroom No.: 1<br>Date and Time: 07/28/16, 10:00 a.m. |

This offense is briefly described as follows:

Title 18, United States Code, Section 641
Title 18, United States Code, Section 981(a)(1)(C)
Title 28, United States Code, Section 2461(c)

Date: 7/12/2016

s/Jackie Aiken, Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

## RETURN OF SERVICE

I declare under penalty of perjury that I have:

- [x] Executed and returned this summons
- [x] Certified Mailed 07-14-2016
- [x] Signed Receipt Date 07-15-2016
- [x] Signed by LEAH MOORE
- [ ] Returned this summons unexecuted
- [ ] Certified Mailed
- [ ] No Response
- [ ] Defendant Appeared
- [ ] Defendant Failed to Appear

Date: 07-18-2016

Bonnie Walters
*Server's signature*

By: BONNIE WALTERS DATA ANALYST
*Printed name and title*